UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 08-01070 AHS (RZ) | Date | September 22, 2008 |
|---|---|---|---|
| Title | LONNIE DAWSON v. NORWOOD, WARDEN | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**       (In Chambers)
**ORDER TO SHOW CAUSE (FILING FEE)**

The Court denied Plaintiff's application to proceed *in forma pauperis* on August 20, 2008, finding that he was able to afford the $5.00 filing fee. Because he still has not paid it four weeks later, the Court issues this Order To Show Cause.

Petitioner is ORDERED to show cause in writing, within 30 days of this Order, why this action should not be dismissed for his failure to pay the filing fee. The Court will discharge this Order if Petitioner deposits the filing fee within the 30-day period.

IT IS SO ORDERED.

                                                                                          :         
                                                                        Initials of Preparer        igb