**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE DAWSON,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>NORWOOD, WARDEN,<br><br>　　　　　Respondent. | CASE NO. ED CV 08-01070 AHS (RZ)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge, and has considered <u>de novo</u> any portions of the Report as to which the parties have filed objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: March 1, 2010

　　　　　　　　　　　　　　　　　　　ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE