O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE DAWSON,<br><br>              Petitioner,<br><br>   vs.<br><br>NORWOOD, WARDEN,<br><br>              Respondent. | CASE NO. ED CV 08-01070 AHS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of LONNIE DAWSON for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 1, 2010

*Alicemarie H. Stotler*

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE